BLANK ROME, LLP
Attorneys for Plaintiff
P.T. EKA SARI LORENA AIRLINES
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY  10174-0208
(212) 885-5000



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| P.T. EKA SARI LORENA AIRLINES,<br><br>              Plaintiff,<br><br>    -against-<br><br>AIR TRANSPORT GROUP LLC and ABL GROUP, INC.,<br><br>              Defendant. | 08 Civ. 5469 (AKH)<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff P.T. EKA SARI LORENA AIRLINES certifies that, according to information provided to counsel by its clients, P.T. EKA SARI LORENA AIRLINES is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:      New York, New York
               June 17, 2008

                                       BLANK ROME, LLP
                                       Attorneys for Plaintiff
                                       P.T. EKA SARI LORENA AIRLINES

                                       By_____
                                          Jack A. Greenbaum (JG 0039)
                                       The Chrysler Building
                                       405 Lexington Ave.
                                       New York, NY  10174-0208
                                       (212) 885-5000