## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### District of New York

Index Number: 08 CIV 5469

Date Filed: _____

Plaintiff:
**P.T EKA SARI LORENA AIRLINES,**

vs.

Defendant:
**AIR TRANSPORT GROUP LLC AND ABL GROUP, INC.,**

For:
Jack A. Greenbaum, esquire

Received by W.F. GREENBERG & COMPANY, LLC. on the 2nd day of July, 2008 at 9:31 am to be served on **ABL GROUP, INC.,, 7025 COUNTY ROAD 46A, SUITE 10171-503, LAKE MARY, FL 32746**.

I, CARISSA KENT, being duly sworn, depose and say that on the **9th day of July, 2008** at **12:45 pm**, I:

**SUBSTITUTE** served by delivering a true copy of the **Summons and Amended Complaint; 7.1 Statement; Individual Rules of Practice of Judge Hellerstein and the Court's Electronic Case Filing Rules and Instructions.** to: **MONA HALPENNY**, a person in charge at the recipient's **PRIVATE MAILBOX** location at the address of: **7025 COUNTY ROAD 46A, SUITE 10171-503, LAKE MARY, FL 32746**; the only address known after reasonable investigation and after determining that the person or business to be served maintains a mailbox at this location, in compliance with State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and sworn to before me on this the 9th day of July, 2008 by the affiant who is personally known to me.

_____
Notary public

LAURE JEAN STEELE
Notary Public, State of Florida
My Comm. expires Sept. 15, 2009
Comm. No. DD472575

_____
**CARISSA KENT**
2007-1220.KEN

**W.F. GREENBERG & COMPANY, LLC.**
7040 SEMINOLE PRATT RD.
Suite 25-169
Loxahatchee, FL 33470
(561) 422-3190
Our Job Serial Number: 2008003588

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2u

**ORIGINAL**