

ORIGINAL

BLANK ROME, LLP
Attorneys for Plaintiff
P.T. EKA SARI LORENA AIRLINES
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

P.T. EKA SARI LORENA AIRLINES,

                       Plaintiff,

-against-

AIR TRANSPORT GROUP LLC and ABL GROUP, INC.,

                      Defendants.

08 Civ. 5469(AKH)

**ORDER FOR SUBSTITUTE SERVICE OF PROCESS**

WHEREAS Plaintiff has applied ex parte for an Order for Substitute Service of Process, and it appears from the Declaration of Jack A. Greenbaum and the exhibits thereto that service cannot be practicably effected by any other means, it is hereby Ordered that

(a) service of the Summons, Amended Complaint, and this Court's Rules may be made upon Defendant Air Transport Group LLC by Federal Express without the necessity of a receipt for delivery at 7453 Woodruff Way, Stone Mountain, GA 30087 in addition to leaving a copy of said papers on the doorstep or in the mail box at the those premises, and proof of service shall take the form of a confirmation of delivery by Federal Express and an affidavit by a process server, and

129977.00601/6662070v.1

(b) service of the Summons, Amended Complaint, and this Court's Rules previously made upon Defendant ABL Group, Inc. by leaving a copy of said papers with the person in charge of the private mail box facility at 7025 County Road Suite 10171-503, Lake Mary, FL 32746, as attested to by the affidavit of service filed with the Court on July 30, 2008, is hereby approved *nunc pro tunc*.

Dated: August 19, 2008

_____
UNITED STATES DISTRICT JUDGE